# Order

Michigan Supreme Court
Lansing, Michigan

October 3, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132203(52)(54)

JUDITH KUZNAR and JOSEPH KUZNAR,
      Plaintiffs-Appellees,

v

RAKSHA CORPORATION, d/b/a CROWN
PHARMACY, and VALERIE RANDALL,
      Defendants-Appellants.

_____

SC: 132203
COA: 259501
Wayne CC: 03-333448-NO

      On order of the Chief Justice, motions by the Michigan Justice Association and by the Michigan Pharmacists Association for leave to file brief *amicus curiae* are considered and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2007

_____
Clerk